| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | SEDGWICK LLP<br>STEVEN D. ROLAND (Bar No. 108097)<br>steven.roland@sedgwicklaw.com<br>RANDALL G. BLOCK (Bar No. 121330)<br>randall.block@sedgwicklaw.com<br>NORA E. WETZEL (Bar No. 287773)<br>nora.wetzel@sedgwicklaw.com<br>333 Bush Street, 30th Floor<br>San Francisco, California 94104<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635 |
| | JS-6 |

7  Attorneys for Defendant
   HOME DEPOT U.S.A., INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST CITY PACIFIC, INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC., a Corporation, and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. CV-12-9401 FMO (MRWx)<br><br>**Removed from Los Angeles Sup. Ct., Case No. BC493138**<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court having entered its Order Re: Pending Motions on March 30, 2016, attached hereto as Exhibit 1 [docket # 205], and the parties having entered into a Settlement Agreement resolving the remaining issues, the Court hereby finds that defendant Home Depot USA, Inc. ("Home Depot") is entitled to judgment as follows:

**IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff First City Pacific Inc. ("First City") take nothing from defendant Home Depot with respect to plaintiff's sole cause of action for declaratory relief, and that judgment is entered in favor of defendant Home Depot on plaintiff's sole cause of action for declaratory relief. Costs are to Home Depot. Application for fees and costs and any opposition thereto may be filed in ordinary course and the Court will maintain jurisdiction over same.

DATED: August 29, 2016

/s/
The Honorable Fernando M. Olguin