# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST CITY PACIFIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOME DEPOT, U.S.A., INC., et al. <br><br> Defendants. | Case No. CV 12-9401 FMO (MRWx) <br><br> **JUDGMENT Re: ATTORNEY'S FEES AND COSTS** |

Pursuant to the Court's Order Re: Pending Motions, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. First City Pacific, Inc. will pay defendant's attorney's fees in the amount of $1,062,497.70.

2. First City Pacific, Inc. will pay defendant's costs in the amount of $9,886.00.

Dated this 19th day of February, 2019.

/s/
Fernando M. Olguin
United States District Judge