# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST CITY PACIFIC, INC., | Case No. CV 12-9401 FMO (MRWx) |
| Plaintiff, | |
| v. | **AMENDED JUDGMENT Re: ATTORNEY'S FEES AND COSTS** |
| HOME DEPOT, U.S.A., INC., et al. | |
| Defendants. | |

Pursuant to the Court's Order Re: Pending Motions, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. First City Pacific, Inc. will pay defendant's attorney's fees in the amount of $1,272,286.49.

2. First City Pacific, Inc. will pay defendant's costs in the amount of $9,886.00.

Dated this 4th day of March, 2019.

/s/
Fernando M. Olguin
United States District Judge